1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JASON MCCLAIN,                              No.  2:22-cv-1631 WBS CKD P

12              Plaintiff,

13         v.                                     ORDER

14    D. SCOTTINI,

15              Defendant.

16

17         Plaintiff has filed a motion asking that the court order officials at his prison to provide

18    plaintiff with certain medical records.  Plaintiff does not point to anything suggesting that the

19    court has the authority to do this within the context of this action or otherwise.  Therefore, his

20    motion (ECF No. 19) is denied.

21    Dated:  November 30, 2022

22                                            _____
                                             CAROLYN K. DELANEY
23                                           UNITED STATES MAGISTRATE JUDGE

24

25

26    1
      mccl1631.rec
27

28