UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON MCCLAIN,

        Plaintiff,

   v.

D. SCOTTINI,

        Defendant.

No. 2:22-cv-1631 WBS CKD P

ORDER

     Plaintiff has filed a motion asking that the court hold a settlement conference. This action was referred to the court's alternative dispute resolution program so that the parties could participate in a settlement conference. However, after a review of the case, and with the court's permission, the defendant opted out of a settlement conference at this time. There is nothing before the court to suggest that the defendant has reconsidered that decision.

     Accordingly, IT IS HEREBY ORDERED that plaintiff motion for a settlement conference (ECF No. 33) is denied.

Dated: October 25, 2023

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mccl1631.mfs