IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON McCLAIN, | Case No. 2:22-cv-01631 WBS CKD P |
| Plaintiff, | ORDER |
| v. | |
| D. SCOTTINI, et al., | |
| Defendant. | |

Good cause appearing, Defendant's Motion for a thirty-day extension of time to file an opposition to Plaintiff's motion for summary judgment (ECF No. 34) is granted. Defendant shall file an opposition no later than December 13, 2023. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: November 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE