UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MCCLAIN, | No. 2:22-cv-1631 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. SCOTTINI, | |
| Defendant. | |

Plaintiff has filed a motion asking that the court compel "defendant" California Department of Corrections and Rehabilitation (CDCR) to provide him with certain items. Because CDCR is not a defendant in this action and discovery closed over a year ago (ECF No. 32), his motion (ECF No. 43) is denied. It may be possible for plaintiff to obtain documents from CDCR via subpoena. If plaintiff wishes to utilize this process, he should request an issued subpoena from the Clerk of the Court.

Dated: August 5, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mccl1631.mtc