UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MCCLAIN, | No. 2:22-cv-1631 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. SCOTTINI, | |
| Defendant. | |

Plaintiff is a California prisoner proceeding with an action for violation of civil rights under 42 U.S.C. § 1983 against an employee of the California Department of Corrections and Rehabilitation. A settlement conference is scheduled for February 7, 2025. If the case does not settle, this matter will proceed to trial.

Plaintiff has submitted evidence which he indicates is relevant to proving his claims and asks that the record be "corrected." Plaintiff is informed that evidence will not be considered until trial and, shortly before trial, plaintiff will be given the opportunity to submit the evidence he wishes to introduce at trial for consideration by the trial judge.

/////

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's request that the record be "corrected" is denied.

Dated: November 21, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mccl1631.cor

2